**UNITED STATES COURT OF INTERNATIONAL TRADE**　　　**FORM 7A**

Zyno Medical LLC

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as the Secretary of the Treasury; and the UNITED STATES OF AMERICA,

Defendant.

Court No. 26-02900

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 4/30/2026

/s/ Joseph B. Maher
_____
Signature of Plaintiff's Attorney

Joseph B. Maher
_____
Attorney for Plaintiff

Nixon Peabody LLP
_____
Firm

799 9th Street NW Suite 500
_____
Street Address

Washington, DC 20001
_____
City, State and Zip Code

202-585-8331
_____
Telephone Number

jmaher@nixonpeabody.com
_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: April 30, 2026

Clerk, U. S. Court of International Trade

By: _____/s/ Jason Chien_____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 26-02900 | Zyno Medical LLC |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: April 30, 2026

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien

Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)